

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00082-CR

**EX PARTE** Alfred **WEST**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: February 11, 2026

PETITION FOR WRIT OF HABEAS CORPUS OR WRIT OF MANDAMUS DENIED

Relator, Alfred West, Jr., filed his petition for emergency habeas appeal or emergency writ of mandamus on January 29, 2026. Having considered the petition and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for emergency habeas appeal or emergency writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a)

PER CURIAM

---

[1]This proceeding arises out of Cause No. 24-0857-CR-A, styled *State of Texas v. Alfred West*, pending in the 2nd 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.